IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY M. BLANK,

                              Plaintiff,                                ORDER

        v.
                                                                        20-cv-732-wmc
JOEL LINDOW, JOHN GEBHART,
DARREN HUTCHENREUTER,
MONIQUE STEINER, CAROL ISBELL
and MITCHELL KUNHART,

                              Defendants.

_____

        *Pro se* plaintiff Jeremy Blank, who was previously incarcerated at Jackson
Correctional Institution ("Jackson"), claims that defendants, Jackson officials Joel Lindow,
John Gebhart, Darren Hutchenreuter, Monique Steiner, Carol Isbell and Mitchell Kunhart
violated his Eighth Amendment rights under the United States Constitution by failing to
protect him from committing severe self-harm in July of 2020.

        Defendants filed a motion for partial summary judgment, in which they seek
judgment in their favor as to defendants Gebhart, Hutchenreuter, Steiner and Isbell. (Dkt.
#19.)  However, in response to defendants' motion, Blank filed a motion to voluntarily
dismiss his claims against Gebhart, Hutchenreuter and Steiner (dkt. #31), and defendants
recently withdrew their motion with respect to Isbell, acknowledging that factual disputes
preclude summary judgment as to the claim against her (dkt. #35).  Accordingly, the court
will grant defendants' motion as to Gebhart, Hutchenreuter and Steiner, and dismiss
Blank's claims against those defendants with prejudice.  This case will proceed to trial on
Blank's Eighth Amendment claims against Isbell, Lindow and Kunhart.

ORDER

IT IS ORDERED that:

1) Plaintiff's motion to voluntarily dismiss (dkt. #31) is GRANTED.

2) Defendants' motion to withdraw (dkt. #35) is GRANTED.

3) Defendants' motion for partial summary judgment (dkt. #19) is GRANTED as to Gebhart, Hutchenreuter and Steiner, and DENIED as withdrawn as to Isbell.

4) Plaintiff's claims against Gebhart, Hutchenreuter and Steiner are DISMISSED with prejudice, and these defendants are dismissed from this lawsuit.

5) The court will issue a Trial Preparation Order that details all remaining deadlines and the court's trial procedures.

Entered this 13th day of October, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge